# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Frank Martz Coach Company; Gold Line, Inc.;
Gold Line Inc. of Virginia;
First Class Coach Company, Inc.;
National Coach Works, Inc.; National Coach
Works, Inc. of Virginia; Coach Service & Leasing, Inc.;
FMH Leasing; FH Family LP**

      Plaintiff(s)
 vs.         **CASE NUMBER: 3:21-cv-795 (FJS/TWD)**

**Wells Fargo Equipment Finance, Inc.**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERS that Defendant's motion to dismiss Plaintiff's complaint, see Dkt. No. 21, is GRANTED, and Plaintiff's complaint is dismissed in its entirety because Plaintiffs lack standing to bring their claims. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable Frederick J. Scullin, Jr. dated the 16th day of March, 2022.

DATED: March 16, 2022

_____
Clerk of Court

            s/Kathy Rogers
            Deputy Clerk